UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JONATHAN SIROTA                                        JURY TRIAL DEMANDED

v.                                                     CASE NO.  3:11CV

GC SERVICES LIMITED PARTNERSHIP

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. Defendant regularly uses the mails in an effort to collect consumer debts on behalf of creditors.

6. In 2010, Defendant was attempting to collect a Citibank credit card account which plaintiff used primarily for personal, family, and household purposes.

7. Defendant sent its initial letter on April 9, 2010.

8. By letter dated April 23, 2010, plaintiff's counsel disputed the account and requested verification.

9. Defendant communicated again with plaintiff by letter dated May 10, 2010.

10.     Defendant has a regular practice of continuing to communicate with individuals after notice they are represented by counsel.

11.     Defendant's collection efforts violated 15 U.S.C. §1692g.

SECOND COUNT

12. The allegations of the First Count are repeated and realleged.

13.     Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA..

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net