UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JONATHAN SIROTA

v.                      CASE NO.  3:11CV 273 (MRK)

GC SERVICES LIMITED PARTNERSHIP

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

                     THE PLAINTIFF

                     BY_____/s/ Joanne S. Faulkner__
                     JOANNE S. FAULKNER ct04137
                     123 Avon Street
                     New Haven, CT 06511-2422
                     (203) 772-0395

Certificate of Service

I hereby certify that on March 18, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                     ____/s/ Joanne S. Faulkner___
                     JOANNE S. FAULKNER ct04137
                     123 Avon Street
                     New Haven, CT 06511-2422
                     (203) 772 0395
                     j.faulkner@snet.net